FILED
2017 Apr-07  PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

ELECTRONICALLY FILED
2/28/2017 4:36 PM
50-CV-2017-900087.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case 50<br><br>Date of Filing:<br>02/28/2017 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA
### COLORMASTERS, LLC v. RESEARCH SOLUTIONS GROUP INC. ET AL

**First Plaintiff:** ☑ Business ☐ Individual ☐ Government ☐ Other  **First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING  A ☐ APPEAL FROM DISTRICT COURT  O ☐ OTHER

R ☐ REMANDED  T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO  *Note:* Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| WAL015 | 2/28/2017 4:36:31 PM<br>Date | /s/ E. Glenn Waldrop Jr.<br>Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED



ELECTRONICALLY FILED
2/28/2017 4:36 PM
50-CV-2017-900087.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

## IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

| | | |
|---|---|---|
| COLORMASTERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-_____ |
| | ) | |
| RESEARCH SOLUTIONS GROUP INC.; | ) | |
| AMERICAN INKS & COATINGS CORP.; | ) | |
| FLINT GROUP NORTH AMERICA | ) | |
| CORPORATION; FLINT INK NORTH | ) | |
| AMERICA CORPORATION; | ) | |
| "ABC" being that entity known by the trade | ) | **JURY TRIAL DEMANDED** |
| name of "American Ink" as described herein; and | ) | |
| "XYZ" being that entity known as "Flint Ink" | ) | |
| as described herein; | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

1.      Plaintiff Colormasters, LLC ("Colormasters") is an Alabama limited liability company headquartered in Albertville, Marshall County, Alabama.  Colormasters is in the business of manufacturing flexible packaging with printing and designs as determined by the customer.

2.      Defendant Research Solutions Group, Inc. ("Research Solutions") is an Alabama corporation headquartered in Pelham, Alabama. Research Solutions provides solvents for use in and with the inks provided to Colormasters by the other Defendants named herein.

3.      Defendant American Inks & Coatings Corp. is a foreign corporation that sold inks to Colormasters at its facility in Albertville, Marshall County, Alabama for many years up to and including 2016.  Defendant "ABC" is that entity that sold inks to Colormasters d/b/a American Inks and whose exact identity is not known but who will be added by amendment.  Collectively, American Inks & Coatings Corp. and ABC are referred to as "AIC".

4.     Defendants Flint Group North America Corporation and Flint Ink North America Corporation are foreign corporations that purchased or acquired the business of AIC in 2016 and then began selling inks to Colormasters at its facility in Albertville, Marshall County, Alabama. Defendant "XYZ" is that entity that has sold inks to Colormasters at its facility in Albertville, Marshall County, Alabama since Flint Group acquired AIC and whose exact identity is not known but who will be added by amendment. Collectively, Flint Group North America Corporation, Flint Ink North America Corporation, and "XYZ" are referred to as "Flint".

5.     Jurisdiction and venue are proper in Marshall County, Alabama, as all defendants do business and work there and many of the acts, omissions, events and occurrences giving rise to this lawsuit occurred in Marshall County, Alabama.

## Factual Background

6.     Colormasters is in the business of manufacturing flexible wrap and packaging for customers, including but not limited to plastic packaging for things such as bottled water, soft drinks, food products, bottled beverages, and other items. The flexible packaging is made to include printing on the plastic film. The printing requires the use of ink products.

7.     For many years, Colormasters purchased its inks from AIC. AIC was responsible for quality, viscosity, color, and all other characteristics of the ink. AIC agreed that it would insure that the ink products worked successfully in the applications required by Colormasters and its customers and that the inks were fit for the particular purposes for which they were intended to be used.

8.     At times, solvents are required for the inks. Colormasters purchased solvents from defendant Research Group, with the purchases being for solvents as specified by AIC. AIC would then use the solvents to achieve proper viscosities with AIC inks. Research Group knew

2

that the solvents it sold were intended for use with inks to apply to flexible packaging manufactured by Colormasters, and Research Group was responsible for providing good and merchantable solvents suitable for the purposes of batching inks for use by Colormasters. AIC assumed responsibility for proper use of the solvents in "batching" the final ink products supplied to Colormasters.

9.      In approximately April 2016, Colormasters began receiving complaints from one of its largest customers, Absopure Water Company ("Absopure"), that the white ink on the flexible packaging was yellowing. Other problems soon ensued, including ink buildup on the rollers as the packaging film was sent through the shrink tunnels where the packaging becomes a form of "shrink wrap" for packages of bottled water. AIC was promptly notified and the problem was determined to be with the AIC ink, vehicle or other components. Solvents provided by Research Group were also alleged to be a factor in the ink failures.

10.     Absopure eventually made a claim against Colormasters, which was settled for approximately $1.4 million. This financial settlement was reasonable under the circumstances. In addition, Absopure began to decrease the share of its business that it formerly gave to Colormasters, as a result of the ink problems, and has given that business to one or more competitors of Colormasters. This loss of business would not have occurred but for the problems associated with the defective AIC ink products and components. This loss of business is a damage to Colormasters.

11.     The AIC inks on the film sold by Colormasters to Absopure were delivered and prepared by AIC using solvents supplied by Research Group. AIC owed a duty to Colormasters to insure that the inks met all the quality and other requirements necessary to ensure that the inks

3

properly performed on the Colormasters product as used by Absopure. AIC breached its duties and proximately and foreseeably caused damages to Colormasters.

12.     In or around May 2016, Flint purchased or acquired AIC and its business. As part thereof, Flint took over the supply of ink to Colormasters and provided a team of employees (the "ink team") at Colormasters to insure that Flint inks worked correctly with Colormasters' products.

13.     Colormasters was concerned about Flint replacing AIC as the ink supplier for Colormasters. In an effort to ensure that it kept the AIC ink business with Colormasters, Flint represented that Flint would be responsible for any losses or damages caused by AIC supplied inks, that Flint would also be responsible if there were any losses or damages caused by Flint supplied inks, that Flint would maintain its ink team to ensure that the ink products it provided would work successfully in the applications required by Colormasters and its customers, and that Flint would stand behind its ink products. Colormasters reasonably relied on these representations and purchased ink products from Flint.  If Flint had even remotely hinted that it would not stand behind both its inks and those provided by its predecessor in interest, Colormasters would have sourced its ink business to others.

14.     From time to time, Flint uses solvents provided by defendant Research Group to try to achieve proper viscosities with Flint inks. Again, defendant Research Group knew at all times that Colormasters was purchasing solvent from Research Group for use with inks to apply to flexible packaging manufactured by Colormasters. Flint was responsible for proper use of the solvents in "batching" the final ink products supplied to Colormasters. However, Research Group was responsible for providing good and merchantable solvents suitable for the purposes of batching inks for use by Colormasters.

4

15.     The ink products supplied by Flint have failed in certain applications, including but not limited to problems at Colormasters' Medlock, Smith Road and other facilities, as well as continued problems with Colormasters' customers, including but not limited to Niagara, Silver Springs Bottled Water Co., and Absopure.  As a direct, foreseeable and proximate result, Colormasters has been injured and damaged.

16.     Despite demand, Flint has failed and refused to indemnify Colormasters or to otherwise make Colormasters whole for the damages resulting from the AIC inks or from the Flint inks.  Colormasters has incurred costs and damages with its customers as well as both direct and indirect costs as a result.

### Count One—Breach of Contract by AIC

17.     Colormasters adopts the preceding allegations of this complaint.

18.     AIC breached its contracts and agreements with Colormasters.

19.     Colormasters was foreseeably damaged as a result.

20.     Colormasters has not breached any duty or obligation owed pursuant to its contracts and agreements with AIC.

WHEREFORE, Colormasters demands judgment against AIC for compensatory damages, plus interest and costs.

### Count Two—Negligence by AIC

21.     Colormasters adopts the preceding allegations of this complaint.

22.     AIC owed duties to Colormasters including the duty to provide good and merchantable ink products that were suitable for the particular purposes and applications required by Colormasters and its customers.

23.     AIC negligently breached the duties it owed to Colormasters.

24.     As a proximate result, Colormasters was damaged.

WHEREFORE, Colormasters demands judgment against AIC for compensatory damages, plus interest and costs.

### Count Three--Wantonness by AIC

25.     Colormasters adopts the preceding allegations of this complaint.

26.     AIC owed duties to Colormasters including the duty to provide good and merchantable ink products that were suitable for the particular purposes and applications required by Colormasters and its customers.

27.     AIC wantonly breached the duties it owed to Colormasters.

28.     As a proximate result, Colormasters was damaged.

WHEREFORE, Colormasters demands judgment against AIC for compensatory and punitive damages, plus interest and costs.

### Count Four--Breach of Warranty by AIC

29.     Colormasters adopts the preceding allegations of this complaint.

30.     AIC warranted that the ink it supplied to Colormasters was of good and merchantable quality and was fit for the particular purposes intended or required by Colormasters and its customers.

31.     AIC breached the warranties owed to Colormasters.

32.     As a proximate and foreseeable result, Colormasters was damaged.

WHEREFORE, Colormasters demands judgment against AIC for compensatory damages, plus interest and costs.

### Count Five—Breach of Contract by Flint

33.     Colormasters adopts the preceding allegations of this complaint.

34.     Flint breached its contracts and agreements with Colormasters.

35.     Colormasters was foreseeably damaged as a result.

WHEREFORE, Colormasters demands judgment against Flint for compensatory damages, plus interest and costs.

### Count Six—Negligence by Flint

36.     Colormasters adopts the preceding allegations of this complaint.

37.     Flint owed duties to Colormasters including the duty to provide good and merchantable ink products that were suited for the particular purposes and applications required by Colormasters and its customers.

38.     Flint negligently breached the duties it owed to Colormasters.

39.     As a proximate result, Colormasters was damaged.

WHEREFORE, Colormasters demands judgment against Flint for compensatory damages plus interest and costs.

### Count Seven--Wantonness by Flint

40.     Colormasters adopts the preceding allegations of this complaint.

41.     Flint owed duties to Colormasters including the duty to provide good and merchantable ink products that were suited for the particular purposes and applications required by Colormasters and its customers.

42.     Flint wantonly breached the duties it owed to Colormasters.

43.     As a proximate result, Colormasters was damaged.

WHEREFORE, Colormasters demands judgment against Flint for compensatory and punitive damages, plus interest and costs.

### Count Eight--Breach of Warranty by Flint

44.     Colormasters adopts the preceding allegations of this complaint.

45.     Flint warranted that the ink it supplied to Colormasters was of good and merchantable quality and was fit for the particular purposes intended or required by Colormasters and its customers.

46.     Flint breached the warranties owed to Colormasters.

47.     As a proximate and foreseeable result, Colormasters was damaged.

WHEREFORE, Colormasters demands judgment against Flint for compensatory damages, plus interest and costs.

### Count Nine—Fraudulent Misrepresentation by Flint

48.     Colormasters adopts the preceding allegations of this complaint.

49.     Flint made misrepresentations to Colormasters.  These misrepresentations were made deliberately, and in an effort to keep the Colormasters business following Flint's acquisition of AIC.

50.     Flint represented that it would warrant, stand behind, and be responsible and liable for damages caused by inks that Colormasters had purchased from AIC.  Said representation was false when made and was made with the intent to deceive.  Flint made this fraudulent misrepresentation in an effort to keep the Colormasters business following Flint's acquisition of AIC.

51.     Flint represented that it had the knowledge, products, personnel, and expertise to provide Colormasters with inks that would satisfactorily perform and meet the requirements and

8

applications of Colormasters and its customers.  This representation was made recklessly and/or was false when made, or was made with willful or reckless disregard of its veracity.  Flint made this fraudulent misrepresentation in an effort to keep the Colormasters business following the Flint acquisition of AIC.

52.     Colormasters reasonably relied on Flint's misrepresentations and purchased ink from Flint.  Colormasters has purchased millions of dollars of ink from Flint in reliance on Flint's misrepresentations.  Flint's inks and/or the components thereof have failed and have caused damages to Colormasters, and Flint has failed and refused to indemnify or hold Colormasters harmless or to otherwise stand good for Flint's defective products.  Flint has also failed to indemnify or hold Colormasters harmless or to pay restitution for defective or substandard inks provided by AIC, contrary to Flint's representations.

53.     Colormasters has been proximately damaged as a result of its reasonable reliance on Flint's misrepresentations.

WHEREFORE, Colormasters demands judgment against Flint for compensatory and punitive damages, plus interest and costs.

### Count Ten—Negligent Misrepresentation by Flint

54.     Colormasters adopts the preceding allegations of this complaint.

55.     Flint made misrepresentations to Colormasters.  If not deliberate or reckless, these misrepresentations were made negligently, and as part of Flint's effort to keep the Colormasters business following the Flint acquisition of AIC.

56.     Flint represented that it would warrant, stand behind, and be responsible and liable for damages caused by inks that Colormasters had purchased from AIC.   Said

9

representation was false when made and was made negligently or without regard to its veracity. This representation was false when made.

57.    Flint represented that it had the knowledge, products, personnel, and expertise to provide Colormasters with inks that would satisfactorily perform and meet the requirements and applications of Colormasters and its customers. Said representation was false when made and was made negligently or without regard to its veracity. This representation was false when made.

58.    Colormasters reasonably relied on Flint's misrepresentations and purchased its ink requirements from Flint. Colormasters has purchased millions of dollars of ink from Flint in reliance on Flint's misrepresentations. Flint's inks have failed and have caused damages to Colormasters, and Flint has failed and refused to indemnify or hold Colormasters harmless or to otherwise stand good for Flint's defective products. Flint has also failed to indemnify or hold Colormasters harmless or to pay restitution for defective or substandard inks provided by AIC, contrary to Flint's representations.

59.    Colormasters has been proximately damaged as a result of its reasonable reliance on Flint's misrepresentations.

WHEREFORE, Colormasters demands judgment against Flint for compensatory damages, plus interest and costs.

### Count Eleven—Breach of Implied Warranty of Fitness for Particular Purpose (Research Group)

60.    Colormasters adopts the preceding allegations of this Complaint.

61.    Colormasters purchases and applies inks (and ink components) to flexible packaging manufactured by Colormasters. The inks used by Colormasters are comprised of, *inter alia*, pigments, vehicles and solvents.

62.     From time to time, the ink manufacturing process of AIC and Flint uses solvents provided by Research Group as a component in said inks.

63.     At all times relevant hereto, Research Group knew of the particular purpose for which its solvents were required for use by Colormasters, and that Colormasters was relying on the skill and or judgment of Research Group to provide the correct solvent(s).

64.     Research Group impliedly warranted that the solvents provided were fit for the particular purpose of making ink products that would perform satisfactorily and in a good and merchantable manner in the uses and applications of Colormasters and/or its customers.

65.     To the extent that the ink failures described above are not solely the fault and responsibility of AIC and Flint, the ink failures are attributable to breach of warranties owed to Colormasters by Research Group.

66.     Any limitations or disclaimers of warranties, if enforced according to their terms, would result in the Research Group warranties failing of their essential purpose.  The breaches of warranty resulted in foreseeable and proximate damages that were not and cannot be remedied through limited warranties or warranties that disclaim liability or remedies.

67.     As a proximate result, Colormasters was damaged.

WHEREFORE, Colormasters demands judgment against Research Group for compensatory damages, plus interest and costs.

### Count Twelve–Negligence of Research Group

68.     Colormasters adopts the preceding allegations of this Complaint.

69.     Defendant Research Group provided solvents that it knew were intended for use in inks used by and in the business of Colormasters.

11

70.　Defendant Research Group knew that the makeup and composition of the inks is critical to the business of Colormasters, and that the solvents provided by Research Group were a necessary and critical component in that process. As a result, Research Group owed a duty to provide only high quality solvents meeting the specifications required.

71.　To the extent that the ink failures described above are not solely the fault and responsibility of AIC and Flint, the ink failures are attributable to breach of duty owed to Colormasters and negligence on the part of Research Group.

72.　As a proximate result of such breaches, Colormasters was damaged.

WHEREFORE, Colormasters demands judgment against Research Group for compensatory damages, plus interest and costs.

### JURY DEMAND

Plaintiff demands trial by struck jury.

DATED this 28th day of February, 2017.

s/E. Glenn Waldrop, Jr.<br>
Attorney for Plaintiff Colormasters, LLC

E. Allen Dodd, Jr. (DOD011)
Eric Brisendine (BRI040)
Scruggs, Dodd & Dodd Attorneys, P.A.
Post Office Box 681109
Fort Payne, Alabama 35968-1109
Telephone: (256) 845-5932
Facsimile: (256) 845-4325

E. Glenn Waldrop, Jr. (WAL015)
gwaldrop@lightfootlaw.com
Wesley B. Gilchrist (GIL066)
wgilchrist@lightfootlaw.com
Christpher C. Yearout (YEA014)
cyearout@lightfootlaw.com

12

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

**Serve Defendants via certified mail addressed as follows:**

RESEARCH SOLUTIONS GROUP INC.
Care of Jeff Miller
402 Industrial Park Drive
Pelham, AL 35124


AMERICAN INKS & COATINGS CORP.
CT Corporation
2 North Jackson Street
Suite 605
Montgomery, AL 36104


FLINT GROUP NORTH AMERICA CORPORATION
CSC Lawyers Incorporation SVC, Inc.
170 South Perry Street
Montgomery, AL 36104


FLINT INK NORTH  AMERICA CORPORATION
Prentice Hall Corp. System
57 Adams Avenue
Mongtomery, AL 36104

13



ELECTRONICALLY FILED
2/28/2017 4:36 PM
50-CV-2017-900087.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

IN THE CIRCUIT COURT
FOR MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC,                                  )
                                                    )
Plaintiff,                                          )
                                                    )
vs.                                                 )       CV-_____
                                                    )
RESEARCH SOLUTIONS GROUP, INC.,                     )
AMERICAN INKS & COATINGS CORP.;                     )
FLINT GROUP NORTH AMERICA                           )
CORPORATION; FLINT INK NORTH                        )
AMERICA CORPORATION;                                )
"ABC" being that entity known by the trade          )
name of "American Ink" as described herein; and     )
"XYZ" being that entity known as "Flint Ink"        )
as described herein;                                )
                                                    )
Defendants.                                         )

### PLAINTIFF COLORMASTERS, LLC'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS RESEARCH SOLUTIONS, AMERICAN INKS & COATINGS CORP.; FLINT GROUP NORTH AMERICA CORPORATION, AND FLINK INK NORTH AMERICAN CORPORATION

Plaintiff Colormasters, LLC ("Colormasters"), by and through its counsel of record, propounds the following discovery on defendants Research Solutions Group, Inc. ("Research Solutions"), American Inks & Coatings Corp. ("AIC"), and Flint Group North American Corporation and Flint Ink North America Corporation (collectively, "Flint"), separately and severally, for response within the time provided by the Alabama Rules of Civil Procedure:

### Definitions

The following definitions are set forth for the purpose of clarifying the meaning of the discovery requests contained herein. These definitions are provided for the purpose of clarifying the meaning of various words and phrases contained herein in order to help the responding party

understand the objectives of these discovery requests and to locate and furnish the relevant information and materials.  It is therefore stipulated and agreed that a response on the part of the responding party will not be construed as an agreement that any definition contained herein is either factually correct or legally binding on the responding party.

a) The word "identify" when used with respect to an <u>individual</u> means to state the person's full name, present occupation and business affiliation, present home address and business address, present home telephone number and business telephone number, and present and past business affiliations or relationships, if any, with any of the parties to this action.  The word "identify" when used with respect to a <u>business enterprise,</u> means to state that enterprise's legal name, the names under which it does business if other than its legal name, its form (*e.g.,* proprietorship, partnership, corporation, etc.) of doing business; if incorporated, the state of incorporation, the address of its principal office or place of business; if a partnership, the name and address and interest of each partner at all times material to the matters inquired about.

b) The word "document" means and includes the original or any copy of any written, recorded, transcribed, printed, or impressed matter of whatever kind, however produced or reproduced, including but not limited to:  sound or video recordings; photographs; computerized records and information; books; pamphlets; letters; memoranda; telegrams; electronic or mechanical transmissions; facsimile (telefax) transmissions; communications of all kinds, however recorded; reports; memos; letters and correspondence; minutes of meetings; notes; operating statements; working papers; handwritings; charts; drawings; schematics; maps; plats; diagrams; spreadsheets; calculations; accountings; papers; writings; printings; transcriptions; tapes; text messages, and records of all kinds.

c)  The term "Flint" used herein throughout connotes and denotes the defendants Flint Group North America and Flint Ink North America, collectively.

d)  The term "AIC" used herein throughout connotes and denotes the defendant American Inks & Coatings Corp.

e)  The term "Research Solutions" used herein throughout connotes and denotes the defendant Research Solutions.

f)  The term "Colormasters" used herein throughout connotes and denotes the plaintiff Colormasters, LLC.

g)  The terms "you," "yours," "Defendant" and or "Defendants" used herein throughout connotes and denotes the Defendants, separately and severally.

### Interrogatories

1.  Identify each and every person whom you expect to call as an expert witness at the trial of this action and with respect to each such person:  (a) state the subject matter on which he or she is expected to testify; (b) state with particularity the facts and opinions which the expert is expected to give; (c) summarize the grounds of each such opinion; and (d) state with particularity the experience and expertise which you assert as a qualifying person identified above as an expert and identify any publications or other writings authored or co-authored by such expert in all areas relevant to this litigation.

    RESPONSE:

2.  Describe in detail every fact which you contend supports each and every affirmative defense you assert against the claims alleged in Colormasters' Complaint.

    RESPONSE:

3.  Identify every person known to you with knowledge of discoverable matters regarding Colormasters' claims in the above-captioned litigation and/or your defenses to those claims.

RESPONSE:

4.  Identify that person or persons employed by Flint who is responsible for quality control and or quality assurance of products purchased by Colormasters from Flint.

RESPONSE:

5.  Identify that person or persons employed by Flint who is responsible for quality control and or quality assurance when Flint products are utilized in any Colormasters' facility.

RESPONSE:

6.  Identify that person or persons employed by Flint who is responsible for quality control and or quality assurance of products purchased by Colormasters from Flint.

RESPONSE:

7.  Identify that person or persons employed by AIC who is responsible for quality control and or quality assurance when AIC products are utilized in any Colormasters' facility.

RESPONSE:

8.  Identify that person or persons employed by AIC who is responsible for quality control and or quality assurance when AIC products are utilized in any Colormasters' facility.

RESPONSE:

9.  Identify with specificity and describe in detail all steps taken by Flint to "find out what really caused Colormasters' problems," as referenced in Peter Schreck's December 9, 2016 email to Colormasters.

RESPONSE:

10. State whether there is insurance coverage that provides or that may provide coverage for any of the conduct, acts or omissions alleged against AIC, listing all policies by insurer, by name of insured(s), by policy number, and by policy type.

RESPONSE:

11. State whether there is insurance coverage that provides or that may provide coverage for any of the conduct, acts or omissions alleged against Flint, listing all policies by insurer, by name of insured(s), by policy number, and by policy type.

RESPONSE:

12. State the correct legal name of all AIC entities that sold or supplied ink to Colormasters at any time during the years 2014, 2015, and 2016.

RESPONSE:

13. State the correct legal name of all Flint entities that sold or supplied ink to Colormasters at any time during the years 2014, 2015, and 2016.

RESPONSE:

14. Describe the nature of the acquisition by Flint of AIC including whether it was a stock purchase, asset purchase, or some other structure.

RESPONSE:

15. In its acquisition of AIC did Flint assume or succeed to liabilities that AIC might have to Colormasters with respect to the AIC ink products made the basis of this lawsuit?

RESPONSE:

16. List by name of testing company or laboratory (include address and contact person) any third parties that performed any tests, studies or analyses regarding whether ink provided by AIC

allegedly failed to work properly with the Colormasters film in any application, or for any Colormasters customer.

RESPONSE:

17. List by name of testing company or laboratory (include address and contact person) any third parties that performed any tests, studies or analyses regarding whether ink provided by Flint allegedly failed to work properly with the Colormasters film in any application, or for any Colormasters customer.

RESPONSE:

18. State the correct legal name of all suppliers to AIC whose products or components AIC sold or supplied to Colormasters at any time during the years 2014, 2015, and 2016 and identify all products or components supplied by each of them.

RESPONSE:

19. State the correct legal name of all suppliers to Flint whose products or components Flint sold or supplied to Colormasters and identify all products or components supplied by each of them.

RESPONSE:

## Requests for Production

1.  Produce any and all documents in any and all Defendants' possession reflecting, referring to, embodying, memorializing or otherwise relating to any test and or analysis on any ink, or any portion thereof, purchased by Colormasters, without regard to whether such test or analysis is "preliminary" or "complete".

RESPONSE:

2. Produce any and all documents in your possession reflecting, referring to, embodying, memorializing or otherwise relating to any test and or analysis on any ink, or any portion thereof, conducted by Flint's "lab" as referenced in Peter Schreck's email of December 9, 2016 to Colormasters, without regard to whether such test or analysis is "preliminary" or "incomplete."

RESPONSE:

3. Produce any and all documents in any and all Defendants' possession reflecting, referring to, embodying, memorializing or otherwise relating to any test and or analysis on any film and or flexible packaging provided by or otherwise obtained from Colormasters, without regard to whether such test or analysis is "preliminary" or "complete".

RESPONSE:

4. Produce any and all documents reflecting, referring to, embodying, memorializing or otherwise relating to any communications between you and Colormasters regarding Colormasters' claims that inks provided by AIC and or Flint are defective.

RESPONSE:

5. Produce any and all documents reflecting, referring to, embodying, memorializing or otherwise relating to any communications between any defendants regarding Colormasters' claims that inks provided by AIC and or Flint are defective.

RESPONSE:

6. Produce any and all agreements by and between Colormasters and any defendant.

RESPONSE:

DOCUMENT 3

7. Produce any and all documents reflecting, referring to, embodying, memorializing or otherwise relating to Flint's acquisition of AIC, including any and all stock purchase agreements, merger agreements, and related agreements.

RESPONSE:

8. Produce any and all insurance policies available to any defendant that may provide coverage and or indemnity to any defendant for any claim advanced by Colormasters in the above-captioned litigation.

RESPONSE:

9. Produce any and all correspondence, notices, or other communications to, from or with any insurance company, broker or agent regarding any claims or potential claims related to ink sold to or purchased by Colormasters.

RESPONSE:

10. Produce any and all documents reflecting, referring to, embodying, memorializing or otherwise relating to quality control and or quality assurance measures, protocols, procedures, standard operating procedures or algorithms respecting the provision and or utilization of Flint products by Colormasters at any and all Colormasters' facilities.

RESPONSE:

11. Produce any and all documents reflecting, referring to, embodying, memorializing or otherwise relating to quality control and or quality assurance measures, protocols, procedures, standard operating procedures, or algorithms respecting the provision and or utilization of AIC products by Colormasters at any and all Colormasters' facilities.

RESPONSE:

DOCUMENT 3

12. Produce any and all documents reflecting, referring to, embodying, memorializing or otherwise relating to in-plant audits or reviews or observations of any and all Colormasters' facilities conducted by Flint.

RESPONSE:

13. Produce any and all documents reflecting, referring to, embodying, memorializing or otherwise relating to in-plant audits or reviews or observations of any and all Colormasters' facilities conducted by AIC.

RESPONSE:

14. Produce any and all documents reflecting, referring to, embodying, memorializing or otherwise relating to any investigation of Colormasters' claim that Flint or AIC inks are defective, including any such documents reflecting, referring to, embodying, memorializing or otherwise relating to customers of Colormasters including, but not limited to, Absopure, Niagra, Aquafina and Silver Springs.

RESPONSE:


15. Produce any documents reflecting, referring to, embodying, memorializing or otherwise relating to any claim or claims made by Flint under any policy of insurance providing "recall coverage" or similar coverage where such claim or claims arose from, in part or in whole, any claim made by Colormasters against Flint.

RESPONSE:

16. Produce any documents reflecting, referring to, embodying, memorializing or otherwise relating to any claim or claims made by AIC under any policy of insurance providing "recall

DOCUMENT 3

coverage" or similar coverage where such claim or claims arose from, in part or in whole, any claim made by Colormasters against AIC.

RESPONSE:

17. Produce each and every policy of insurance purchased by AIC per the terms of AIC's agreement with Colormasters dated June 30, 2015 and providing in pertinent part as follows: "Going forward American Ink agrees to carry errors and omissions insurance and recall insurance that is sufficient to cover and exceed any terms of sales agreements that Colormasters customers may required of Colormasters... ."

RESPONSE:

18. Produce each and every document reflecting, referring to, embodying, memorializing or otherwise relating to AIC's compliance with the following term of AIC's agreement with Colormasters dated June 30, 2015: "American Ink agrees that it understands the requirements and test procedures that meet or exceed those of shrink film and other inks and American Ink understands that American Ink is responsible to test its inks on Colormasters films to insure and prevent any ink related issues."Going forward American Ink agrees to carry errors and omissions insurance and recall insurance that is sufficient to cover and exceed any terms of sales agreements that Colormasters customers may required of Colormasters... ."

RESPONSE:

19. Produce any and all documents which you contend support any affirmative defense you have asserted to Colormasters' claims in the above-captioned litigation.

RESPONSE:

20. Produce all materials provided by you to any expert witness engaged by you to formulate opinions and testify in this lawsuit, such expert's resume or curriculum, and any and all

reports prepared by such expert which embody his or her opinions he or she expects to testify to in this lawsuit.

RESPONSE:

21. Produce all documents that embody, refer or relate to communications to, with, or between or among Flint and AIC (to include their agents, employees and representatives) regarding any demands for defense or indemnity or any responses thereto with respect to the claims that ink supplied by AIC or by Flint to Colormasters was defective.

RESPONSE:

22. Produce a copy of the agreement, including attachments and exhibits, pursuant to which Flint acquired AIC.

RESPONSE:

23. Produce copies of all correspondence, reports, memoranda, emails, text messages, reports, notes, purchase orders, contracts, agreements, or other documents evidencing or related to any communications or testing or studies or analyses relating to any independent laboratories or testing companies performed on either ink, film or otherwise with respect to the Colormasters claims that ink supplied by either AIC or Flint was defective.

RESPONSE:

24. Produce copies of all communications (internal or otherwise) related to the issue of whether ink provided by Flint allegedly failed to work properly with the Colormasters film in any application, or for any Colormasters customer.

RESPONSE:

25. Produce copies of all communications (internal or otherwise) related to the issue of whether ink provided by AIC allegedly failed to work properly with the Colormasters film in any application, or for any Colormasters customer.

RESPONSE:

s/E.Glenn Waldrop, Jr.

Attorney for Plaintiffs

THIS DISCOVERY SERVED WITH THE
SUMMONS AND COMPLAINT ON ALL
DEFENDANTS

E. Allen Dodd, Jr. (DOD011)
Eric Brisendine (BRI040)
Scruggs, Dodd & Dodd Attorneys, P.A.
Post Office Box 681109
Fort Payne, Alabama 35968-1109
Telephone: (256) 845-5932
Facsimile: (256) 845-4325

E. Glenn Waldrop, Jr. (WAL015)
gwaldrop@lightfootlaw.com
Wesley B. Gilchrist (GIL066)
wgilchrist@lightfootlaw.com
Christopher C. Yearout (YEA014)
cyearout@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

Served Defendants via Certified Mail with Complaint:

RESEARCH SOLUTIONS GROUP INC.
Care of Jeff Miller
402 Industrial Park Drive
Pelham, AL 35124


AMERICAN INKS & COATINGS CORP.
CT Corporation
2 North Jackson Street
Suite 605
Montgomery, AL 36104


FLINT GROUP NORTH AMERICA CORPORATION
CSC Lawyers Incorporation SVC, Inc.
170 South Perry Street
Montgomery, AL 36104


FLINT INK NORTH AMERICA CORPORATION
Prentice Hall Corp. System
57 Adams Avenue
Mongtomery, AL 36104

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>50-CV-2017-900087.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MARSHALL COUNTY
### COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL

RESEARCH SOLUTIONS GROUP INC., C/O JEFF MILLER 402 INDUSTRIAL PARK DRIVE, PELHAM, AL 35124

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY E. Glenn Waldrop Jr. _____

WHOSE ADDRESS IS The Clark Building, 400 North 20th Street, Birmingham, AL 35203 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of      COLORMASTERS, LLC
  pursuant to the Alabama Rules of the Civil Procedure

Date  2/28/2017 4:36:44 PM      /s/ CHERYL PIERCE _____

                        Clerk/Register

                        424 BLOUNT AVE.

                        SUITE 201
                        GUNTERSVILLE, AL 35976

☑ Certified Mail is hereby requested      /s/ E. Glenn Waldrop Jr. _____

                        Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

                                                              (Date)

_____        _____        _____
Date                          Server's Signature            Address of Server

_____        _____        _____
Type of Server                Server's Printed Name

                                                      Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>50-CV-2017-900087.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MARSHALL COUNTY
### COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL

AMERICAN INKS & COATINGS CORP., C/O CT CORPORATION 2 N JACKSON STR STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY E. Glenn Waldrop Jr.

WHOSE ADDRESS IS The Clark Building, 400 North 20th Street, Birmingham, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   COLORMASTERS, LLC
   pursuant to the Alabama Rules of the Civil Procedure

Date   2/28/2017 4:36:44 PM        /s/ CHERYL PIERCE

                                   Clerk/Register

                                   424 BLOUNT AVE.

                                   SUITE 201
                                   GUNTERSVILLE, AL 35976

| ☑ Certified Mail is hereby requested | /s/ E. Glenn Waldrop Jr.<br>Plaintiff's/Attorney's Signature |
|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
                                                                                    (Date)

_____          _____          _____
Date                               Server's Signature                 Address of Server


_____          _____          _____
Type of Server                     Server's Printed Name              _____
                                                                      Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>50-CV-2017-900087.00 |
|---|---|---|

IN THE CIRCUIT COURT OF MARSHALL COUNTY

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL

NOTICE TO FLINT GROUP NORTH AMERICA CORPORATION, CSC LAWYERS INC. SVC, INC 170 SOUTH PERRY STREET, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY E. Glenn Waldrop Jr.

WHOSE ADDRESS IS The Clark Building, 400 North 20th Street, Birmingham, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     COLORMASTERS, LLC

pursuant to the Alabama Rules of the Civil Procedure

Date   2/28/2017 4:36:44 PM     /s/ CHERYL PIERCE

Clerk/Register

424 BLOUNT AVE.

SUITE 201

GUNTERSVILLE, AL 35976

☑ Certified Mail is hereby requested     /s/ E. Glenn Waldrop Jr.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____          _____          _____

Date          Server's Signature          Address of Server

_____          _____          _____

Type of Server          Server's Printed Name          _____

Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 · Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>50-CV-2017-900087.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MARSHALL COUNTY

### COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL

NOTICE TO  FLINT INK NORTH AMERICA CORPORATION, PRENTICE HALL CORP SYSTEM 57 ADAMS AVENUE, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY E. Glenn Waldrop Jr.

WHOSE ADDRESS IS  The Clark Building, 400 North 20th Street, Birmingham, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   COLORMASTERS, LLC
pursuant to the Alabama Rules of the Civil Procedure

Date  2/28/2017 4:36:44 PM   /s/ CHERYL PIERCE

Clerk/Register

424 BLOUNT AVE.

SUITE 201
GUNTERSVILLE, AL 35976

☑ Certified Mail is hereby requested   /s/ E. Glenn Waldrop Jr.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

Date _____    Server's Signature _____    Address of Server _____

Type of Server _____    Server's Printed Name _____

Phone Number of Server _____

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>50-CV-2017-900087.00 |
|---|---|---|

IN THE CIRCUIT COURT OF MARSHALL COUNTY

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL

NOTICE TO    RESEARCH SOLUTIONS GROUP INC., C/O JEFF MILLER 402 INDUSTRIAL PARK DRIVE, PELHAM, AL 35124

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY E. Glenn Waldrop Jr.

WHOSE ADDRESS IS The Clark Building, 400 North 20th Street, Birmingham, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    COLORMASTERS, LLC

pursuant to the Alabama Rules of the Civil Procedure

Date  2/28/2017 4:36:44 PM     /s/ CHERYL PIERCE

Clerk/Register

424 BLOUNT AVE.

SUITE 201

GUNTERSVILLE, AL 35976

| ☑ Certified Mail is hereby requested | /s/ E. Glenn Waldrop Jr.<br>Plaintiff's/Attorney's Signature |
|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____ (Date)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 2070 0000 8004 9374

3-6-17

Address of Server

_____

ame

Phone Number of Server

:017-900087.00

EARCH SOLUTIONS GROUP INC. ET AL

v.   D001 - RESEARCH SOLUTIONS GROUP INC.

Defendant

# SERVICE RETURN

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>50-CV-2017-900087.00 |
|---|---|---|

IN THE CIRCUIT COURT OF MARSHALL COUNTY

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL

NOTICE TO

AMERICAN INKS & COATINGS CORP., C/O CT CORPORATION 2 N JACKSON STR STE 605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY E. Glenn Waldrop Jr.

WHOSE ADDRESS IS The Clark Building, 400 North 20th Street, Birmingham, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    COLORMASTERS, LLC

pursuant to the Alabama Rules of the Civil Procedure

Date  2/28/2017 4:36:44 PM    /s/ CHERYL PIERCE

Clerk/Register

424 BLOUNT AVE.

SUITE 201

GUNTERSVILLE, AL 35976

☑ Certified Mail is hereby requested    /s/ E. Glenn Waldrop Jr.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____ (Date)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postmark Here
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-0047    See Reverse for Instructions

7016 2070 0000 8004 9367

Address of Server

ame

Phone Number of Server

)17-900087.00

:ARCH SOLUTIONS GROUP INC. ET AL

v.   D002 - AMERICAN INKS & COATINGS CORP.

Defendant

# SERVICE RETURN

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>50-CV-2017-900087.00 |
|---|---|---|

IN THE CIRCUIT COURT OF MARSHALL COUNTY

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL

NOTICE TO FLINT GROUP NORTH AMERICA CORPORATION, CSC LAWYERS INC. SVC, INC 170 SOUTH PERRY STREET, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY E. Glenn Waldrop Jr.

WHOSE ADDRESS IS The Clark Building, 400 North 20th Street, Birmingham, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of COLORMASTERS, LLC
pursuant to the Alabama Rules of the Civil Procedure

Date 2/28/2017 4:36:44 PM      /s/ CHERYL PIERCE

Clerk/Register

424 BLOUNT AVE.

SUITE 201
GUNTERSVILLE, AL 35976

☑ Certified Mail is hereby requested      /s/ E. Glenn Waldrop Jr.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____

Date        Server's Signature        Address of Server

_____

Name

Phone Number of Server

2017-900087.00

RESEARCH SOLUTIONS GROUP INC. ET AL

v.    D003 - FLINT GROUP NORTH AMERICA CORPORATION

Defendant

SERVICE RETURN

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7016 2070 0000 4004 9350

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>50-CV-2017-900087.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MARSHALL COUNTY
### COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL

FLINT INK NORTH AMERICA CORPORATION, PRENTICE HALL CORP SYSTEM 57 ADAMS AVENUE, MONTGOMERY, AL 36104

NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY E. Glenn Waldrop Jr.

WHOSE ADDRESS IS The Clark Building, 400 North 20th Street, Birmingham, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of       COLORMASTERS, LLC

pursuant to the Alabama Rules of the Civil Procedure

Date   2/28/2017 4:36:44 PM       /s/ CHERYL PIERCE

Clerk/Register

424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL 35976

☑ Certified Mail is hereby requested       /s/ E. Glenn Waldrop Jr.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____
Date

_____
Server's Signature

_____
Address of Server

_____
Type of Server

_____
Server's Printed Name

50-CV-2017-90
COLORMASTERS, LLC V. RESEARCH S

C001 - COLORMASTERS, LLC       v. D0
Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| Certified Mail Fee | |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Postmark
Here

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7016 2070 0000 0005 2510

USPS TRACKING #



9590 9402 2406 6249 6983 90

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CV-17

900087

S&C

• Sender: Please print your name, address, and ZIP+4® in this box•

Circuit Clerk
Marshall County
424 Blount Avenue, Ste. 201
Guntersville, AL 35976

# FILED

MAR 1 3 2017

Chea......
CIRCUIT / DISTRICT COURT
MARSHALL CO.......

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMERICAN INKS & COATINGS CORP.

C/O CT CORPORATION

2 N JACKSON STR STE 605

MONTGOMERY, AL 36104



9590 9402 2406 6249 6983 90

2. Article Number (Transfer from service label)

7016 2070 0000 8004 9367

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Laura Kay_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                3-9-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ................ d Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  WALDROP EDWIN GLENN JR.
     gwaldrop@lfwlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D002 AMERICAN INKS & COATINGS CORP.**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  GILCHRIST WESLEY BOWEN
     wgilchrist@lightfootlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D002 AMERICAN INKS & COATINGS CORP.**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To: YEAROUT CHRISTOPHER CAMER
cyearout@lightfootlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D002 AMERICAN INKS & COATINGS CORP.**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00
Judge: TIM RILEY

To:  DODD ELBERT ALLEN JR.
     eadscruggs@farmerstel.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D002 AMERICAN INKS & COATINGS CORP.**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:   BRISENDINE JAMES ERIC
      jebscruggs@farmerstel.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D002 AMERICAN INKS & COATINGS CORP.**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov

USPS TRACKING#



9590 9402 2406 6249 6984 06

**United States
Postal Service**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CV-17

900087

S+C

* Sender: Please print your name, address, and ZIP+4® in this box*

Circuit Clerk
Marshall County
424 Blount Avenue, Ste. 201
Guntersville, AL 35976

# FILED

MAR 1 3 2017

CIRCUIT / DISTRICT COURT
MARSHALL COUNTY, ALABAMA

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RESEARCH SOLUTIONS GROUP INC.

C/O JEFF MILLER

402 INDUSTRIAL PARK DRIVE

PELHAM, AL 35124

9590 9402 2406 6249 6984 06

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Matthew Lime_  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)          C. Date of Delivery

3/9/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7016 2070 0000 8004 9374



ed Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To: WALDROP EDWIN GLENN JR.
gwaldrop@lfwlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D001 RESEARCH SOLUTIONS GROUP INC.**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:   GILCHRIST WESLEY BOWEN
      wgilchrist@lightfootlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D001 RESEARCH SOLUTIONS GROUP INC.**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



**AlaFile E-Notice**

50-CV-2017-900087.00

Judge: TIM RILEY

To:   YEAROUT CHRISTOPHER CAMER
cyearout@lightfootlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D001 RESEARCH SOLUTIONS GROUP INC.**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  DODD ELBERT ALLEN JR.
     eadscruggs@farmerstel.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D001 RESEARCH SOLUTIONS GROUP INC.**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:   BRISENDINE JAMES ERIC
      jebscruggs@farmerstel.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D001 RESEARCH SOLUTIONS GROUP INC.**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov

**USPS TRACKING #**



9590 9402 2406 6249 6984 13

**United States
Postal Service**

CV-17

900087

SHC

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



* Sender: Please print your name, address box *

Circuit Clerk
Marshall County
424 Blount Avenue, Ste. 201
Guntersville, AL 35976

# FILED

MAR 1 3 2017

CHERIE _____
CIRCUIT / DISTRICT COURT
MARSHALL COUNTY, ALABAMA

DOCUMENT 11

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FLINT INK NORTH AMERICA CORPORATION

PRENTICE HALL CORP SYSTEM

57 ADAMS AVENUE

MONTGOMERY, AL 36104

9590 9402 2406 6249 6984 13

2. Article Number (Transfer from service label)

7016 2070 0000 8005 2510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                MAR - 9 2017

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... cted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  WALDROP EDWIN GLENN JR.
     gwaldrop@lfwlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D004 FLINT INK NORTH AMERICA CORPORATION**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  GILCHRIST WESLEY BOWEN
     wgilchrist@lightfootlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D004 FLINT INK NORTH AMERICA CORPORATION**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  YEAROUT CHRISTOPHER CAMER
cyearout@lightfootlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D004 FLINT INK NORTH AMERICA CORPORATION**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  DODD ELBERT ALLEN JR.
eadscruggs@farmerstel.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D004 FLINT INK NORTH AMERICA CORPORATION**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  BRISENDINE JAMES ERIC
     jebscruggs@farmerstel.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D004 FLINT INK NORTH AMERICA CORPORATION**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov

**USPS TRACKING #**

9590 9402 2406 6249 6975 15

**United States
Postal Service**

CV-17

900087

SVC

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

MONTGOMERY
MAR 0 9 2017

• Sender: Please print your name, address, and ZIP+4® in this box



**Circuit Clerk
Marshall County
424 Blount Avenue, Ste. 201
Guntersville, AL 35976**

**FILED**

MAR 1 3 2017

CHERYL PIERCE
CIRCUIT / DISTRICT COURT
MARSHALL COUNTY, ALABAMA

DOCUMENT 1-1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FLINT GROUP NORTH AMERICA CORPORATION

CSC LAWYERS INC. SVC, INC

170 SOUTH PERRY STREET

MONTGOMERY, AL 36104

9590 9402 2406 6249 6975 15

2. Article Number *(Transfer from service label)*

7016 2070 0000 8004 9350

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery

                                       MAR - 9 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:   WALDROP EDWIN GLENN JR.
      gwaldrop@lfwlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D003 FLINT GROUP NORTH AMERICA CORPORATION**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:   GILCHRIST WESLEY BOWEN
      wgilchrist@lightfootlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D003 FLINT GROUP NORTH AMERICA CORPORATION**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  YEAROUT CHRISTOPHER CAMER
     cyearout@lightfootlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D003 FLINT GROUP NORTH AMERICA CORPORATION**

**Corresponding To**

CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  DODD ELBERT ALLEN JR.
     eadscruggs@farmerstel.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D003 FLINT GROUP NORTH AMERICA CORPORATION**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



AlaFile E-Notice

50-CV-2017-900087.00

Judge: TIM RILEY

To:  BRISENDINE JAMES ERIC
     jebscruggs@farmerstel.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

COLORMASTERS, LLC V. RESEARCH SOLUTIONS GROUP INC. ET AL
50-CV-2017-900087.00

The following matter was served on 3/9/2017

**D003 FLINT GROUP NORTH AMERICA CORPORATION**
**Corresponding To**
CERTIFIED MAIL

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov

ELECTRONICALLY FILED
3/31/2017 3:23 PM
50-CV-2017-900087.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

## IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

| | |
|---|---|
| COLORMASTERS, LLC )<br><br>)<br>Plaintiff,     )<br><br>)<br>v.     )<br><br>)<br>RESEARCH SOLUTIONS GROUP, INC., )<br>et. al.     )<br>Defendants.     ) | **CIVIL ACTION NO.**<br>**CV17-900087** |

## NOTICE OF APPEARANCE

Comes now Rodney Edmondson of the law firm of McLaughlin & Edmondson, LLC, and hereby enters his appearance as additional attorney of record for the plaintiff, Colormasters, LLC.

*Rodney Edmondson*
Rodney Edmondson (EDM007)

Of Counsel:
McLaughlin & Edmondson, LLC
321 Blount Avenue
Guntersville, Alabama 35976
256-582-2520
rodney@mcedlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all parties of record via electronic filing via ECF Alacourt system to registered users or USMail to non-users this the 31st day of March, 2017.

*Rodney Edmondson*
Of Counsel