FILED
2017 Aug-22  PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **COLORMASTERS, LLC,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No.: 4:17-CV-0561-VEH** |
| | ) |
| **RESEARCH SOLUTIONS GROUP,** | ) |
| **INC., AMERICAN INKS &** | ) |
| **COATING CORPORATION,** | ) |
| **FLINT GROUP NORTH AMERICA** | ) |
| **CORPORATION, and FLINT INK** | ) |
| **NORTH AMERICA** | ) |
| **CORPORATION,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER REMANDING CASE

This case comes before the Court on Plaintiff's Motion To Remand. (Doc. 22). For the reasons stated in the Memorandum Opinion entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED**. This case is hereby **REMANDED** to the Circuit Court of Marshall County, Alabama. The Motion To Strike (doc. 22) is hereby **TERMED** as **MOOT**.

**DONE** and **ORDERED** this the 22nd day of August, 2017.

                                                */s/ VEHopkins*
                                          **VIRGINIA EMERSON HOPKINS**
                                          United States District Judge